### THE PEOPLE *v.* ROSADO.

APPEAL from the District Court of Guayama.

No. 167.—Decided April 5, 1909.

CRIMINAL LAW—APPEAL—BILL OF EXCEPTIONS—STATEMENT OF FACTS—FUNDA-
MENTAL ERRORS.—There being no bill of exceptions, nor statement of facts, nor brief, and no fundamental error appearing in the record, the judgment appealed from must be affirmed.

The facts are stated in the opinion.
*Mr. Rossy, fiscal,* for respondent.
MR. JUSTICE FIGUERAS delivered the opinion of the court.

This case was tried by a jury, on an information for the crime of perjury, and after the trial the defendant was found guilty of that crime and sentenced on October 15, 1908, by the judge of Guayama to imprisonment in the penitentiary for three years at hard labor, and to pay the costs. Florencio Rosado took an appeal to this Supreme Court, but we have no bill of exceptions nor statement of facts, nor has any brief been filed. And as no fundamental error of any kind appears to have been committed, the judgment should be affirmed, with the costs of the appeal against the appellant.

*Affirmed.*

Acting Chief Justice Hernández and Justices MacLeary and Wolf concurred.